

ORDERED in the Southern District of Florida on June 30, 2011.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 11-21115-AJC |
| | Chapter 13 |
| PEDRO MARIN AND | |
| MIRIAM CARDENAS | |
| _____Debtors_____/ | |

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY BAC HOME LOANS SERVICING, LP (LOAN NO. XXXXXX8088)**

THIS CASE having come upon Debtor's Motion to Value and Determine Secured Status of Lien on Real Property (D.E. 25). Based upon the debtor's assertions made in support on the Motion; without objection and the parties having agreed, the Court FINDS as follows:

A. The value of the debtor's real property (the "Real Property") located at: 18828 NW 46th Avenue, Miami, FL 33055, and more particularly described as: Lot 1, Block 10 of Kings Gardens Section Three, according to the plat thereof, as recorded in Plat Book 95 at Page 30, of the Public

Records of Miami-Dade County, Florida is $33,440.00 at the time of the filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien

 Of BAC Home Loans Servicing, LP (Loan No. xxxxxxx8088) (the lender) is $68,673.99.

C. The equity remaining in the Real Property after payment of al claims secured by liens

 senior to the lien of the Lender is $0.00 and the Lender has a secured interest in the Real

 Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $0.00.

3. Because Lender's secured interest in the Real Property is $0.00, Lender's mortgage

 recorded at book 95 page 30 of the official records of Miami-Dade County, Florida shall be

 deemed void and shall be extinguished automatically, without further order of the Court,

 upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a

 case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will

 no longer be considered void and shall be restored as a lien on the Real Property.

4. (Select only one):

___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any

 payments to the Lender unless a proof of claim is timely filed. In the event a proof of

 claim is timely filed, it shall be classified as a secured claim in the amount stated in

 paragraph 2, above, and as a general unsecured claim for any amount in excess of

 such secured claim, regardless of the original classification in the proof of claim as filed.

Or

  x    Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $49,215.62, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161