**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __11-21115-AJC__

[X] __1st__  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Pedro Marin__  CO-DEBTOR: __Miriam Cardenas__
Last Four Digits of SS# __xxx-xx-5154__  Last Four Digits of SS# __xxx-xx-5156__

[ ] This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A. $ __306.64__ for months __1__ to __60__ ;
  B. $_____ for months _____ to _____ ;
  C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                   TOTAL PAID       $2,500.00
                   Balance Due      $ 1,750.00   payable $ 145.84 month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Wells Fargo Financial National Bank    Total Due $ 3,400.00
Address 4137 121st Street                 Payment $ 130.14  /month (Months 1 to 12)
        Urbandale, IA 50323               Payment $ 38.20   /month (Months 13 to 60)
        Acct#175450711

2. _____        Arrears Payment $_____
                                          Arrears Payment $_____ /month (Months ___ to ___)
                                          Regular Payment $_____ /month (Months ___ to ___)
                                          Arrears Payment $_____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| BAC Home Loans Service, LP<br>Loan No. xxxxx8088<br>Prop Add: 18828 NW 46th Ave<br>Miami, FL 33055 | Homestead Property<br>$33,440.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a_____    Total Due $_____
                               Payable $_____ /month (Months ____ to ___)

Unsecured Creditors: Pay $ __237.78__ month (Months __13__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying Bank of America (Loan#xxxx2679) directly outside the plan. The debtors will provide copies of their income tax returns to the Chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Pedro Marin_                              _/s/ Miriam Cardenas_
Debtor                                         Joint Debtor
Date: 07-18-11                                 Date: 07-18-11

31(rev. 06/02/08)