B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  Pedro Marin                ,                Case No.  11-21115

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Green Tree Servicing LLC | BAC Home Loans Servicing LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Green Tree Servicing LLC
  7360 S Kyrene Rd. Tempe, AZ 85283

Court Claim # (if known):   8
Amount of Claim:   $49,215.62
Date Claim Filed:   06/03/2011

Phone:  877-256-4871
Last Four Digits of Acct #:   7068

Phone:  _____
Last Four Digits of Acct. #:   8088

Name and Address where transferee payments should be sent (if different from above):
  Green Tree Servicing LLC
  PO Box 0049 Palatine, IL 60055-0049

Phone:  877-256-4871
Last Four Digits of Acct #:  7068

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Herschel Hoyt                Date: 06/04/2012
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.